UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA DE JESUS SAUCEDO CORPUS,

                Petitioner,

    v.

HOWARD C. BARRON, Warden, Federal Detention Center SeaTac,

                Respondent.

Case No. C23-770-BHS-MLP

REPORT AND RECOMMENDATION

Petitioner Maria De Jesus Saucedo Corpus is a federal prisoner who is currently confined at the Federal Detention Center in SeaTac, Washington. On May 22, 2023, Petitioner presented to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. # 1.) Petitioner asserted therein that the Bureau of Prisons has improperly denied her early release credits to which she is entitled under the First Step Act. (*See id.*) Petitioner failed, however, to submit with her petition either the $5.00 filing fee or an application to proceed with this action *in forma pauperis* ("IFP"). Thus, on May 24, 2023, the Clerk sent Petitioner a letter noting this deficiency and advising her that she must correct the deficiency not later than June 23, 2023, or face dismissal of this action. (*See* dkt. # 3.)

REPORT AND RECOMMENDATION
PAGE - 1

To date, Petitioner has neither paid the filing fee, nor has she submitted an application to proceed IFP. As Petitioner has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 11, 2023**.

DATED this 19th day of July, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge