UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIA DE JESUS SAUCEDO CORPUS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>HOWARD C. BARRON,<br><br>　　　　　　Respondent. | CASE NO. C23-770 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Michelle L. Peterson, Dkt. 4. The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**;

(2)　This action is **DISMISSED without prejudice** for failure to prosecute; and

(3)　The Clerk shall enter **JUDGMENT** and close this case.

//

//

ORDER - 1

1   Dated this 8th day of September, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge